## McCUTCHEON et al. v. MYERS et al.

No. 4503.　Opinion Filed June 22, 1915.

(149 Pac. 1193.)

*Error from District Court, LeFlore County;*
*W. H. Brown, Judge.*

Action by J. J. Myers and others against Ed. Mc-Cutcheon and others. Judgment for plaintiffs, and defendants bring error. Dismissed.

*T. T. Varner,* for plaintiffs in error.

*White & Dubois,* for defendants in error.

Opinion by THACKER, C. Plaintiffs in error move to dismiss this appeal upon the ground that the controversy involved has been compromised and fully settled between the parties; and, although this cause has been assigned for submission on July 13, 1915, it appears that said motion should be now granted. For the reasons stated, the appeal in this cause should be dismissed.

By the Court: It is so ordered.